IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01218–CMA–KMT

MCKINLEY MEDICAL, LLC, a Colorado limited liability company,
THE BROE COMPANIES, INC., a Colorado corporation, and
PAT BROE, individually,

    Plaintiffs,

v.

MEDMARC CASUALTY INSURANCE COMPANY, a Vermont company,

    Defendant.

MEDMARC CASUALTY INSURANCE COMPANY,

    Third-Party Plaintiff,

v.

DJ ORTHOPEDICS, LLC, DJO, LLC, a Delaware limited liability company,

    Third-Party Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Amend the Scheduling Order" (Doc. No. 94, filed Apr. 23, 2012) is GRANTED in part and DENIED in part. In support of their proposed extension of the Scheduling Order deadlines, the parties cite to Local Rule 30.2A, which they maintain forestalled discovery while Plaintiffs' Motion for Protective Order (Doc. No. 62) and Plaintiffs' Motion to Reconsider (Doc. No. 80) were pending. While Local Rule 30.2A does provide that a motion for protective order pursuant to Fed. R. Civ. P. 26(d) "shall stay the discovery to which the motion is directed until further order of the court," D.C.COLO.LCivR 30.2A, Plaintiff's Motion for Protective Order was pending for only 95 days—from November 3, 2011 until

February 9, 2012. The court will not add the pendency of Plaintiffs' Motion to Reconsider to that time period; rather, the parties should have been proceeding with discovery post haste upon entry of the Order granting in part and denying in part Plaintiff's Motion for Protective Order (Doc. No. 78).

Accordingly, the court will extend the Scheduling Order deadlines for a period of 95 days. Thus, the applicable deadlines are extended as follows:

    Discovery Cut-off:  December 19, 2012
    Dispositive Motions Deadline:  February 4, 2013
    Disclosure of Affirmative Experts:  August 20, 2012
    Disclosure of Rebuttal Experts: October 19, 2012

Additionally, the Final Pretrial Conference set for January 15, 2013 is VACATED and RESET for April 9, 2013 at 9:30 a.m.

Dated: April 24, 2012