# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01218-CMA-KMT | FTR - Courtroom C-201 |
| **Date:** December 13, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| MCKINLEY MEDICAL, LLC, a Colorado limited liability company,<br>THE BROE COMPANIES, INC., a Colorado corporation, and<br>PAT BROE, individually, | Murray Ogborn |

       Plaintiff,

v.

| | |
|---|---|
| MEDMARC CASUALTY INSURANCE COMPANY, a Vermont company, | Pia Elena Riverso<br>Robert James Zavaglia, Jr. |

       Defendants.

MEDMARC CASUALTY INSURANCE COMPANY,

       Third-Party Plaintiff,

v.

| | |
|---|---|
| DJ ORTHOPEDICS, LLC, DJO, LLC, a Delaware limited liability company, | Brent Donald Anderson<br>Christopher William Healy |

       Third-Party Defendant.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:32 p.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding DJO's Motion to Compel [Doc. No. 108, filed November 1, 2012].

Oral argument by Third-Party Defendant.

Oral argument by Third-Party Plaintiff.

It is **ORDERED**:  DJO's Motion to Compel [108] is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to Interrogatory No. 1. Medmarc shall supplement their response to Interrogatory No. 1 on or before December 19, 2012.

The motion is **DENIED** as to Interrogatory No. 6, Request for Production of Documents Nos. 18, 20, and 21, and Request for Admission No. 6 as stated on the record.

A document production agreement pertaining to an email sent from Christopher William Healy to Pia Elena Riverso on December 6, 2012 at 5:27 EST was read into the record. Both Medmarc and DJO agree as to the statement read into the record. The court accepts the agreement as a resolution of a potential discovery dispute and is therefore adopted as a discovery order in this matter. The parties may obtain a transcript by contacting Avery Wood Reporting as noted below should they require reference to the agreement as read into the record.

It is **ORDERED**:  The parties shall file either a Joint Status Report or separate Status Reports pertaining to the need for any further briefing or need for a hearing regarding Joint Motion for Dismissal and for Expedited Briefing and Hearing [Doc. No. 116] on or before December 20, 2012 . The Status Report(s) shall not exceed 10 pages in length.

**Court in Recess: 3:10 p.m.**
Hearing concluded.
Total In-Court Time    01:38

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.