**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01218-CMA-KMT

McKINLEY MEDICAL, LLC, a Colorado limited liability company,
THE BROE COMPANIES, INC., a Colorado corporation, and
PAT BROE, Individuclaly,

    Plaintiffs,

v.

MEDMARC CASUALTY INSURANCE COMPANY, a Vermont company,

    Defendant;

MEDMARC CASUALTY INSURANCE COMPANY, a Vermont company,

    Third-Party Plaintiff,

v.

DJ ORTHOPEDICS, LLC, a Delaware limited liability company, and
DJO, LLC, a Delaware limited liability company,

    Third-Party Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS

This matter is before the Court on the Joint Motion for Dismissal (Doc. # 116) submitted by Plaintiffs-Counterclaim Defendants McKinley Medical, LLC, The Broe Companies, Inc., and Pat Broe (collectively, "Plaintiffs") and Defendant-Counterclaimant-Third Party Plaintiff Medmarc Casualty Insurance Company ("Defendant" or "Medmarc") to dismiss, with prejudice, their respective claims and counterclaims against each other. The Joint Motion was objected to by Third Party

Defendants, DJ Orthopedics, LLC and DJO, LLC (collectively, "DJO").  Plaintiffs and Defendant request dismissal, with prejudice, of their claims and counter claims pursuant to a settlement agreement between them.

The Court has considered the arguments in support of the Joint Motion by Plaintiffs and Defendants, as well as the objections and arguments in opposition to the Joint Motion that have been submitted by DJO.

For the reasons set forth in the transcript of the proceedings held on February 12, 2013 (Doc. # 139), the Court rejects the objections of DJO and concludes that the claims and counterclaims between Plaintiffs and Defendant should be dismissed with prejudice.

Based on the foregoing, it is ORDERED that the Joint Motion to Dismiss (Doc. # 116) of Plaintiffs McKinley Medical, LLC, the Broe Companies, Inc., and Pat Broe and Defendant Medmarc Casualty Insurance Company is GRANTED.  Plaintiffs' complaint against Medmarc, and Medmarc's counterclaims against Plaintiffs are dismissed with prejudice and without costs, fees or disbursements to either party.

DATED:  February __27__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge