IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01218-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 5, 2013 | Courtroom Deputy: Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| MEDMARC CASUALTY INSURANCE COMPANY, | Pia E. Riverso |
| Third Party Plaintiff, | |
| v. | |
| DJ Orthopedics, LLC, *et al.,* | Christopher W. Healy |
| Third Party Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 9:35 a.m.**
Court calls case. Appearance of counsel.

This matter is before the court regarding **DJO's MOTION for Leave to File Amended Counterclaims and Memorandum of Law in Support** [Doc. No. 140, filed 2/21/2013]**.**

Discussion between the court and counsel regarding ongoing settlement discussions. Counsel state they will meet on the following Monday to resolve the final issues.

Discussion regarding the pending Motion's status on the court's 6-month list and ways the Motion can be resolved. Counsel for the Third Party Defendants proposes it withdraw the Motion without prejudice, reserving their right to re-file the Motion within 10 days if the issues of the case are not settled. Counsel for Third Party Plaintiff has no objection.

The court states it will treat counsel's comments as an oral motion.

**ORDERED:** Third Party Defendants' oral Motion to Withdraw Without Prejudice their Motion for Leave to File Amended Counterclaims, reserving their right to re-file within 10 days, is **GRANTED**. Document No. 140 is **WITHDRAWN**.

HEARING CONCLUDED. **Court in recess**: **9:41 p.m.** Total time in court: 00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.