IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   11-cv-01218-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:            September 27, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:* *Counsel:*

MEDMARC CASUALTY INSURANCE COMPANY,

    Third Party Plaintiff,

v.

DJ ORTHOPEDICS, LLC, *et al.*,

    Third Party Defendants.

Pia E. Riverso
Robert J. Zavaglia, Jr.

Christopher Healy
C. Neil Gray
Brian D. Anderson

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in session:     2:33 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the status of the settlement agreement.

Counsel for Third Party Plaintiff states their clients are out of the office but do not anticipate a problem and believe will receive approval Monday afternoon.

**ORDERED:** The court will **keep under advisement** Third Party Defendants' Second MOTION for Leave to File Amended Counterclaims and Memorandum of Law in Support [Doc. No. 172] **until October 4, 2013.** If the parties reach a settlement agreement they shall file a Status Report advising the court before that date and the court will deny the Motion as moot. If no Report is filed, the court will grant the Motion.

The court notes it would grant the Motion for Leave without prejudice to the opposing side regarding the filing of motions under Rule 12.

HEARING CONCLUDED.    **Court in recess**: **2:37 p.m.**    Total time in court:   00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.